**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00985-CV

### ALAA MOHAMAMD WEISS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

## ORDER

This is an appeal from the trial court's "Order dated July 26, 2018." That order denied appellant's motion for reconsideration of the trial court's denial of appellant's petition for non-disclosure. Both the clerk's and reporter's records have been filed, triggering the deadline for appellant to file his brief on the merits. Before the Court is appellant's June 18, 2019 motion for extension of time to file his brief. We note, however, that it appears we may not have jurisdiction over the appeal.

By letter dated June 6, 2019 and filed in an amended supplemental clerk's record, Dallas County Clerk John F. Warren has informed us no order on the petition for non-disclosure has been signed. Because appellate jurisdiction is invoked upon the timely filing of a notice of appeal from a signed final judgment or order that is being appealed, we **ORDER** appellant to

file, no later than July 1, 2019, a letter brief addressing the Court's jurisdiction.  *See Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995).  Appellee may file any response within ten days of the filing of appellant's letter brief.  If any party relies on information not included in the record before the Court, that party shall have filed a supplemental clerk's record.

We **DENY** appellant's extension motion as premature and **SUSPEND** the briefing deadline.  Should we determine we have jurisdiction over the appeal, we will set a new deadline for appellant to file his brief.  Should we determine we lack jurisdiction, we will dismiss the appeal without further notice.  *See* TEX. R. APP. P. 42.3(a).  We may also dismiss the appeal should appellant fail to file the requested letter brief.  *See id.* 42.3(a),(c).


/s/      BILL WHITEHILL
         JUSTICE